**BRYAN CAVE LLP**
Nancy Franco (California Bar No. 294856)
nancy.franco@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:  (310) 576-2327
Facsimile:   (310) 434-2027

**BRYAN CAVE LLP**
Daniel A. Crowe (*Pro Hac Vice Pending*)
dacrowe@bryancave.com
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:  (314) 259-2619
Facsimile:   (314) 259-2020

Attorneys for Defendant
The Neiman Marcus Group LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE MADE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PAM & GELA, INC., a business entity of unknown form; PíAS, a business entity of unknown form; SIGNORELLI, INC., a California Corporation; GIFTLY, a business entity of unknown form; NORDSTROM, INC., a Washington Corporation; NEIMAN MARCUS GROUP, INC. d/b/a NEIMAN MARCUS, a Texas Corporation; UNIKA, a business entity of unknown form; ANNE MICHELLE LLC, a California Limited Liability Company; STYLE SO CHIC, a business entity of unknown form; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-8975 JAK (JPRx)<br><br>Assigned To Hon. John A. Kronstadt<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:        Dec. 14, 2017<br>Complaint Served:    Dec. 28, 2017<br>Current Response Date: Jan. 18, 2018<br>New Response Date:    Feb. 16, 2018 |

11144855.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiff Love Made, LLC ("Love Made") and Defendant The Neiman Marcus Group LLC, erroneously sued as Neiman Marcus Group, Inc., ("Neiman Marcus") (collectively, the "Parties") hereby stipulate and agree as follows:

**WHEREAS** on December 14, 2017, Love Made filed a Complaint in the above-captioned action (*See* Doc. 1);

**WHEREAS** Neiman Marcus was served with the Complaint on December 28, 2017;

**WHEREAS** Neiman Marcus's response date is currently January 18, 2018;

**WHEREAS** the Parties agree to a 29-day extension of time for Neiman Marcus to respond to the Complaint;

**WHEREAS** the Parties, therefore, agree that Neiman Marcus shall have up to and including February 16, 2018, to respond to the Complaint; and

**WHEREAS** nothing in this stipulation constitutes a waiver of any arguments or defenses that Neiman Marcus may assert in its responsive pleadings, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Dated: January 12, 2018

**DONIGER/BURROUGHS**
Stephen M. Doniger
Scott A. Burroughs
Trevor W. Barrett

By: /s/ *Scott A. Burroughs*
Scott A. Burroughs
Attorneys for Plaintiff
Love Made, LLC

Dated: January 12, 2018

**BRYAN CAVE LLP**
Daniel A. Crowe
Nancy Franco

By: /s/ *Nancy Franco*
Nancy Franco
Attorneys for Defendant
The Neiman Marcus Group LLC

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Nancy Franco, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

///

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386.

On January 12, 2018, I served the foregoing document, described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3),** on each interested party in this action, as follows:

| | |
|---|---|
| **DONIGER / BURROUGHS**<br>Stephen M. Doniger<br>Scott Alan Burroughs<br>Trevor W. Barrett<br>603 Rose Avenue<br>Venice, CA 90291<br><br>stephen@donigerlawfirm.com<br>scott@donigerlawfirm.com<br>tbarrett@donigerlawfirm.com | *Attorneys for Plaintiff*<br>*Love Made LLC* |

☒ **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(VIA ELECTRONIC SERVICE)** The document was served via The United States District Court of California – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 12, 2018, at Santa Monica, California

/s/ *Martha Alicia Parga*
Martha Alicia Parga